IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALDEA HOMES, INC., et al.,

      Plaintiffs,                       2:12-cv-02962-KJM-EFB

   v.

STEVEN NOLE,                         <u>ORDER TO SHOW CAUSE</u>

      Defendant.
_____/

        On March 22, 2013 the court remanded this case and ordered defendant's counsel to pay plaintiffs' attorneys' fees of $1,000 without passing on this cost to her client. (ECF 13.) The court also ordered defendant's counsel to file a declaration indicating she had paid these fees. Defendant's counsel still has not filed this declaration.

        Accordingly, counsel for defendant is hereby ordered to show cause on or before July 31, 2013 why she should not be further sanctioned for failure to comply with the court's order.

        IT IS SO ORDERED.

DATED: July 30, 2013.

_____
UNITED STATES DISTRICT JUDGE